United States District Court
Southern District of Texas
**ENTERED**
April 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YILAN MACEIRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-0854 |
| | § | |
| IQ DATA INTERNATIONAL, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On April 19, 2021, the Parties filed a Notice of Settlement (docket no. 7) jointly announcing that a settlement has been reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within forty-five (45) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

SIGNED at Houston, Texas, on this 20th day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE